UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINSON CHAN, on behalf of himself and all
others similarly situated,

                            Plaintiff,

            -against-

THE CITY UNIVERSITY OF NEW YORK
and LISA BEATHA,

                            Defendants.

Case No. 1:25-cv-09391 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given that the parties are participating in mediation, *see* Dkt. 19, the initial pretrial

conference scheduled for February 26, 2026, at 11:30 a.m. is ADJOURNED and will be

rescheduled if mediation is unsuccessful.

Dated: February 20, 2026
        New York, New York

                            SO ORDERED.

                            _____
                            JENNIFER L. ROCHON
                            United States District Judge