UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WINSON CHAN, on behalf of himself  and
all others similarly situated,

                          Plaintiff,

          -against-

CITY UNIVERSITY OF NEW YORK and
LISA BEATHA,

                          Defendants.

Case No. 1:25-cv-09391 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court has been informed that the mediation between the parties was unsuccessful. Therefore, counsel for all parties shall appear for an initial pretrial conference on **June 30, 2026**, at **3:30 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Federal Rule of Civil Procedure 16 conference. Additionally, in accordance with Paragraph 2.D of the Court's Individual Rules and Practices, the parties are hereby ORDERED to file a joint letter and a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than ten calendar days before the conference date. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at https://www.nysd.uscourts.gov/hon-jennifer-l-rochon.

Dated:  June 4, 2026
        New York, New York

                          SO ORDERED.

                          _Jennifer Rochon_
                          JENNIFER L. ROCHON
                          United States District Judge