

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

June 24, 2026

<u>**By ECF**</u>
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED.  The initial pretrial conference scheduled for June 30, 2026, is ADJOURNED until **July 28, 2026**, at **11:30 a.m.**

Date:    June 25, 2026
           New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:    *Chan v. City Univ. of New York, et al.*, No. 25-cv-9391 (JLR)

Dear Judge Rochon:

This Office represents defendant City University of New York ("CUNY") in the above-referenced matter.  I write pursuant to Your Honor's Individual Rules to respectfully request an adjournment of the upcoming initial pretrial conference.

An initial pretrial conference is currently scheduled for June 30, 2026. *See* ECF No. 30. However, CUNY's undersigned counsel will be out of the office on a previously scheduled vacation on that date.  The parties have conferred in accordance with the Court's Individual Rules, and below are three mutually agreeable alternative dates:

- July 14, 2026
- July 15, 2026
- July 28, 2026

The parties further request that, if the Court reschedules the conference to take place on July 14, 2026, or July 15, 2026, the deadline to file the joint letter and proposed Civil Case Management Plan and Scheduling Order be extended from July 5, 2026 to July 10, 2026. This extension is necessary so that the parties can meet and confer after I return to the office on July 5, 2026.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ *Shaina Schwartz*
Shaina L. Schwartz
Assistant Attorney General
28 Liberty Street
New York, New York 10005

shaina.schwartz@ag.ny.gov
212-416-8560